IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MILES R. MILLER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-569-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Miles R. Miller reversing and remanding the decision of defendant Michael J. Astrue, Commissioner of Social Security, denying plaintiff's application for disability insurance under sentence four of 42 U.S.C. § 405(g).


_____     _5/13/11_____
Peter Oppeneer, Clerk of Court                 Date