IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MILES R. MILLER,

        Plaintiff,                                                    JUDGMENT IN A CIVIL CASE

  v.                                                                                   Case No. 10-cv-569-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding Heather Freeman, counsel for plaintiff Miles R. Miller, attorney fees in the amount of $37,089.60, of which $5,600 is to be refunded to plaintiff to reimburse him for fees awarded to him under the Equal Access to Justice Act.


        s/ A. Wiseman, Deputy Clerk              September 11, 2014
        Peter Oppeneer, Clerk of Court                  Date